### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                 **Civil Action No.: 2:26-CR-00015**

**RUFINO HERNANDEZ,**

    **Defendant.**

### DEFENDANT'S MOTION TO SCHEDULE A PLEA OF GUILTY

Now comes the Defendant, Rufino Hernandez, by counsel, Timothy J. LaFon, and moves this Honorable Court to schedule a Plea of Guilty hearing.

**RUFINO HERNANDEZ**

**By Counsel,**

By: /s/ Timothy J. LaFon
Timothy J. LaFon (WV #2123)
1219 Virginia St, East, Suite 100
Charleston, WV 25301
Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARELSTON DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                             **Civil Action No.: 2:26-CR-00015**

**RUFINO HERNANDEZ,**

     **Defendant.**


**<u>CERTIFICATE OF SERVICE</u>**

I, Michael J. Del Giudice, do hereby certify that the foregoing **"DEFENDANT'S MOTION TO SCHEDULE A PLEA OF GUILTY"** has been served upon all parties via the Court's electronic filing system on the 15th day of May 2026:

> Jonathan Storage, Esquire
> Assistant United States Attorney
> 300 Virginia Street East
> Room 4000, United States Courthouse
> Charleston, WV 25301


**CICCARELLO, DEL GIUDICE & LAFON**


By: /s/ Timothy J. LaFon
   Timothy J. LaFon (WV #2123)
   Attorney for Defendant

S:\Non PI Cases\Clients\Salas, Bernabe Montalvo (Fed Appt)\2025-6-27 - Motion to Continue.docx